Straw, Appellant, *v.* Sands.

Argued January 5, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William L. McLaughlin,* for appellant.

*Robert S. Gawthrop, Jr.,* with him *Gawthrop & Greenwood,* for appellees.

OPINION PER CURIAM, July 1, 1968:
Judgment affirmed.